FILED
Clerk
District Court

OCT 3 1 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

## MC 05- 00137

IN THE MATTER OF THE APPLICATION )
OF:                              )
                                 )     **PETITION FOR ADMISSION**
_____TERENCE E. TIMBLIN_____  )          **TO PRACTICE**
                                 )
_____  )
                                 )
_____  )

**COMES NOW** Petitioner and states the following under the penalties of perjury:

Petitioner's full name: __TERENCE E. TIMBLIN_____

Petitioner's Social Security Number: ██████████_____

Petitioner was born at __New Castle, Pennsylvania_____

_____ on the __███__ day of __████████__, __██__.

Petitioner's residence address is __65 Nimitz Drive, Piti, Guam 96915__

_____

Petitioner's business address is __MAHER YANZA FLYNN TIMBLIN, LLP__
115 Hesler Place, Ground Floor, Governor Joseph Flores Building,
Hagatna, Guam 96910-5004

Petitioner graduated from college at __Case Western Reserve University__

AO 72
(Rev. 08/82)

Cleveland, Ohio _____ in _1970_____ , and graduated from law school

at _University of Dayton School of Law, Dayton, Ohio_____ in _1977____ ,

with a degree of __Juris Doctor_____ .

    Petitioner has been duly admitted to practice in the following courts on the dates indicated:

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| Guam Bar Association | 04-29-83 | 83012 |
| CNMI Bar Association | 05-06-88 | F0145 |
| U.S. District Court, District of Guam | 09-23-87 | |
| U.S. Court of Appeals, Ninth Circuit | 08-15-83 | |
| Ohio State Bar (inactive) | 1977 | |
| Pennsylvania State Bar (inactive) | 1978 | |

    Petitioner's International Standard Lawyer Number (ISLN) is: _N/A_____ .

    Petitioner represents that he or she has not been suspended for misconduct or for any other cause, and has not been denied admission to practice before any court or has ever withdrawn a petition to practice before any court.

    **WHEREFORE,** Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands be granted.

    **DATED** this _28th_ day of _October_____ , 2005____

                                      _Petitioner's Signature_

AO 72
(Rev. 08/82)

